# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2006

129135

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CORNELIUS G. BACHUS, Personal
Representative of the Estate of DEBORAH
JANE BACHUS, Deceased,
          Plaintiff-Appellant,

v

SHIRLEY FOLEY,
          Defendant-Appellee.

SC: 129135
COA: 252686
Alcona CC: 02-011062-NO

_____/

On order of the Court, the application for leave to appeal the June 14, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2006

s0120

Clerk